On respondent's petition for reconsideration filed February 3, reconsideration allowed; former opinion (224 Or App 684, 198 P3d 978 (2008)) withdrawn; affirmed April 29, 2009

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

LARRY LEROY WOODS,
aka Larry L. Woods,
aka Robert Leroy Green,
*Defendant-Appellant.*

Multnomah County Circuit Court
051237684; A132383

206 P3d 1218

John R. Kroger, Attorney General, Erika L. Hadlock, Acting Solicitor General, and Doug M. Petrina, Senior Assistant Attorney General, for petition.

Before Armstrong, Presiding Judge, and Rosenblum, Judge, and Sercombe, Judge.

PER CURIAM

## PER CURIAM

The state petitions for reconsideration of our decision in this case, *State v. Woods*, 224 Or App 684, 198 P3d 978 (2008). In that decision, we accepted the state's concession that, under the Oregon Supreme Court's decision in *State v. Ice*, 343 Or 248, 170 P3d 1049 (2007), the trial court erred in imposing consecutive sentences based on facts found by the court rather than by a jury. Since then, however, the United States Supreme Court has reversed the Oregon Supreme Court's decision, *Oregon v. Ice*, 555 US ___ , 129 S Ct 711, 172 L Ed 2d 517 (2009), holding that the federal constitutional right to a jury trial does not apply to decisions to impose consecutive sentences. In light of the United States Supreme Court's decision, we agree that the trial court did not err.

Reconsideration allowed; former opinion withdrawn; affirmed.